## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN
#### SOUTHERN DIVISION

In Re:                                                    Case No. 15-53145-MLO

INTEGRATED HEALTH GROUP, P.C.,                            Chapter 7

Debtor.                                                   Hon. Maria Oxholm

_____/

BASIL SIMON, Trustee for Chapter 7 Debtor
Integrated Health Group, P.C., INTEGRATED
HEALTH CARE SYSTEMS, LLC, INTEGRATED
HCS PRACTICE MANAGEMENT, LLC,
INTEGRATED HCS IMAGING SERVICES
MANAGEMENT, LLC,

                                                          Adv. Case No. 17-04596-MLO


          Plaintiffs,

v.

HUSSEIN HURAIBI, NOURA HURAIBI,
SAMEERAH HURAIBI CORTEZ, MOHAMED
SALKINI, GEBRE ASHEBIR, MICHAEL J. PENN,
YISROEL SIGLER, SAMI AHMED, FAISAL
AHMED, PARAMOUNT HEALTHCARE
MANAGEMENT, LLC, NA WORLD HOLDINGS,
LLC, HURAIBI ENTERPRISES II, LLC, HURAIBI
PAIN & REHAB INSTITUTE, PLLC, HURAIBI
REHAB INSTITUTE, PLLC, HUSSEIN A.
HURAIBI, M.D., PLLC, ANESTHESIA
CONSULTANTS OF MICHIGAN, PLLC,
KETAMINE INFUSION CENTERS OF MICHIGAN,
PLLC, JOHN DOES 1-17, and JANE DOES 1-20.

          Defendants.

_____/


**APPEARANCE AS COUNSEL FOR PLAINTIFFS INTEGRATED HEALTHCARE
SYSTEMS, LLC, INTEGRATED HCS PRACTICE MANAGEMENT, LLC, AND
INTEGRATED HCS IMAGIN SERVICES MANAGEMENT, LLC**

Bryan D. Marcus, P.C. enters its appearance for Plaintiffs Integrated Healthcare Systems,

LLC ("IHCS"), Integrated HCS Practice Management, LLC ("IHCS Practice Management"),

and Integrated HCS Imaging Services Management, LLC ("IHCS Imaging") and requests service

of all filed papers.

Respectfully submitted,

BRYAN D. MARCUS, P.C.

/S/ Bryan Marcus

_____

Bryan Marcus (P47125)
29488 Woodward Ave.
Suite 451
Royal Oak, MI 48073
(248) 320-1071
bmarcus.x@gmail.com