UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:      Case No. 15-53145-MLO

INTEGRATED HEALTH GROUP, P.C.,      Chapter 7

Debtor.      Hon. Maria Oxholm

_____/

BASIL SIMON, Trustee for Chapter 7 Debtor Integrated Health Group, P.C., INTEGRATED HEALTH CARE SYSTEMS, LLC, INTEGRATED HCS PRACTICE MANAGEMENT, LLC, INTEGRATED HCS IMAGING SERVICES MANAGEMENT, LLC,

     Adv. Case No. 17-04596-MLO

     Plaintiffs,

v.

HUSSEIN HURAIBI, NOURA HURAIBI, SAMEERAH HURAIBI CORTEZ, MOHAMED SALKINI, GEBRE ASHEBIR, MICHAEL J. PENN, YISROEL SIGLER, SAMI AHMED, FAISAL AHMED, PARAMOUNT HEALTHCARE MANAGEMENT, LLC, NA WORLD HOLDINGS, LLC, HURAIBI ENTERPRISES II, LLC, HURAIBI PAIN & REHAB INSTITUTE, PLLC, HURAIBI REHAB INSTITUTE, PLLC, HUSSEIN A. HURAIBI, M.D., PLLC, ANESTHESIA CONSULTANTS OF MICHIGAN, PLLC, KETAMINE INFUSION CENTERS OF MICHIGAN, PLLC, JOHN DOES 1-17, and JANE DOES 1-20.

     Defendants.

_____/

**PROOF OF SERVICE OF**
**APPEARANCE AS COUNSEL FOR PLAINTIFFS INTEGRATED HEALTHCARE SYSTEMS, LLC, INTEGRATED HCS PRACTICE MANAGEMENT, LLC, AND INTEGRATED HCS IMAGIN SERVICES MANAGEMENT, LLC**

The undersigned states that he served a copy of Appearance As Counsel For Plaintiffs Integrated Healthcare Systems, LLC ("IHCS"), Integrated HCS Practice Management, LLC ("IHCS Practice Management"), and Integrated HCS Imaging Services Management, LLC ("IHCS Imaging") upon counsel of record by filing the document with the court's electronic filing/service system on September 3, 2017. The undersigned further states that he served copies of the same document on any/all unrepresented parties by U.S. Mail on September 3, 2017.

Respectfully submitted,

BRYAN D. MARCUS, P.C.

/S/ Bryan Marcus

_____
Bryan Marcus (P47125)
29488 Woodward Ave.
Suite 451
Royal Oak, MI 48073
(248) 320-1071
bmarcus.x@gmail.com