UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

INTEGRATED HEALTH GROUP, P.C.,            Case No. 15-53145-mlo
                                                   Chapter 7
                                                   Hon. Maria L. Oxholm

       Debtor
_____/

BASIL SIMON, Trustee for Chapter 7 Debtor
Integrated Health Group, P.C., INTEGRATED
HEALTH CARE SYSTEMS, LLC, INTEGRATED
HCS PRACTICE MANAGEMENT, LLC,
INTEGRATED HCS IMAGING SERVICES
MANAGEMENT, LLC,

       Plaintiffs                                               Adv. Case No. 17-04596-mlo
v.

HUSSEIN HURAIBI, NOURA HURAIBI,
SAMEERAH HURAIBI CORTEZ, MOHAMED
SALKINI, AHMED SALKINI, GEBRE ASHEBIR,
MICHAEL J. PENN, YISROEL SIGLER, SAMI
AHMAD, FAISAL AHMAD, OSMAN AHMAD,
JOHN WRIGHT, FAWAD RIZVI, MAHMOOD
AHMAD, ARIEL MAJHOO, PARAMOUNT
HEALTHCARE MANAGEMENT, LLC, NA
WORLD HOLDINGS, LLC, HURAIBI
ENTERPRISES II, LLC, HURAIBI PAIN & REHAB
INSTITUTE, PLLC, HURAIBI REHAB INSTITUTE,
PLLC, HUSSEIN A. HURAIBI, M.D., PLLC,
ANESTHESIA CONSULTANTS OF MICHIGAN,
PLLC, KETAMINE INFUSION CENTERS OF
MICHIGAN, PLLC, MICHIGAN INSTITUTE OF
PAIN MANAGEMENT II, PLLC, MICHIGAN
INSTITUTE OF PAIN MANAGEMENT, LLC – FZ,
ANODYNE HEALTHCARE, PLLC, INTEGRATED
MRI CENTER, LLC, d/b/a COMPLETE IMAGING,
NEUROLOGICAL INSTITUTE OF
INTERVENTIONAL PAIN MANAGEMENT, PLLC,
d/b/a NEUORINTERVENTIONAL PAIN
MANAGEMENT, PLLC, ACOM DRUG TESTING

SERVICES, LLC, d/b/a COMPLETE TOXICOLOGY
LABORATORIES, ORCHARD LABORATORIES
CORP., d/b/a ORCHARD TOXICOLOGY,
BIOLABTIX, LLC, LABOTIX, INC., VAN BUREN
PHARMACEUTICALS, LLC, CONSOLIDATED
LABORATORY MANAGEMENT SYSTEMS, LLC,
AQM HOLDINGS, LLC JOHN DOES 1-19, and
JANE DOES 1-20.

     Defendants.
_____/

## STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT

The Plaintiffs, Basil Simon, Trustee for Chapter 7 Debtor Integrated Health Group, P.C., Integrated Health Care Systems, LLC, Integrated HCS Practice Management, LLC, Integrated HCS Imaging Services Management, LLC and the Defendants, Hussein Huraibi, Noura Huraibi, Sameerah Huraibi Cortez, NA World Holdings, LLC, Huraibi Enterprises II, LLC, Huraibi Pain & Rehab Institute, PLLC, Huraibi Rehab Institute, PLLC, Hussein A. Huraibi, M.D., PLLC, Anesthesia Consultants of Michigan, PLLC, and Ketamine Infusion Centers of Michigan, PLLC by and through their undersigned attorneys, stipulate to the entry of the order attached hereto as **EXHIBIT A**.

Stipulated and Approved for Entry:

| | |
|---|---|
| **OSIPOV BIGELMAN, P.C.** | **BRYAN D. MARCUS, P.C.** |
| /s/ Yuliy Osipov | /s/ Bryan D. Marcus (with Consent) |
| YULIY OSIPOV (P59486) | BRYAN D. MARCUS (P47125) |
| ANTHONY J. MILLER (P71505) | Attorneys for Plaintiffs |
| Attorneys for Defendants, Hussein Huraibi, | 29488 Woodward Ave., Suite 451 |
| Noura Huraibi, Sameerah Huraibi Cortez, | Royal Oak, MI 48073 |
| NA World Holdings, LLC, Huraibi | (248) 320-1071 |
| Enterprises II, LLC, Huraibi Pain & Rehab | bmarcus.x@gmail.com |
| Institute, PLLC, Huraibi Rehab Institute, PLLC, | |
| Hussein A. Huraibi, M.D., PLLC, Anesthesia | |
| Consultants of Michigan, PLLC, and | |
| Ketamine Infusion Centers of Michigan, PLLC | |
| 20700 Civic Center Dr., Suite 420 | |
| Southfield, MI 48076 | |
| (248) 663-1800 | |
| yo@osbig.com / am@osbig.com | |

In Re:

INTEGRATED HEALTH GROUP, P.C.,                      Case No. 15-53145-mlo
                                                               Chapter 7
                                                               Hon. Maria L. Oxholm

      Debtor
_____/

BASIL SIMON, Trustee for Chapter 7 Debtor
Integrated Health Group, P.C., INTEGRATED
HEALTH CARE SYSTEMS, LLC, INTEGRATED
HCS PRACTICE MANAGEMENT, LLC,
INTEGRATED HCS IMAGING SERVICES
MANAGEMENT, LLC,

     Plaintiffs                                                              Adv. Case No. 17-04596-mlo
v.

HUSSEIN HURAIBI, NOURA HURAIBI,
SAMEERAH HURAIBI CORTEZ, MOHAMED
SALKINI, AHMED SALKINI, GEBRE ASHEBIR,
MICHAEL J. PENN, YISROEL SIGLER, SAMI
AHMAD, FAISAL AHMAD, OSMAN AHMAD,
JOHN WRIGHT, FAWAD RIZVI, MAHMOOD
AHMAD, ARIEL MAJHOO, PARAMOUNT
HEALTHCARE MANAGEMENT, LLC, NA
WORLD HOLDINGS, LLC, HURAIBI
ENTERPRISES II, LLC, HURAIBI PAIN & REHAB
INSTITUTE, PLLC, HURAIBI REHAB INSTITUTE,
PLLC, HUSSEIN A. HURAIBI, M.D., PLLC,
ANESTHESIA CONSULTANTS OF MICHIGAN,
PLLC, KETAMINE INFUSION CENTERS OF
MICHIGAN, PLLC, MICHIGAN INSTITUTE OF
PAIN MANAGEMENT II, PLLC, MICHIGAN
INSTITUTE OF PAIN MANAGEMENT, LLC – FZ,
ANODYNE HEALTHCARE, PLLC, INTEGRATED
MRI CENTER, LLC, d/b/a COMPLETE IMAGING,
NEUROLOGICAL INSTITUTE OF
INTERVENTIONAL PAIN MANAGEMENT, PLLC,
d/b/a NEUORINTERVENTIONAL PAIN
MANAGEMENT, PLLC, ACOM DRUG TESTING

SERVICES, LLC, d/b/a COMPLETE TOXICOLOGY
LABORATORIES, ORCHARD LABORATORIES
CORP., d/b/a ORCHARD TOXICOLOGY,
BIOLABTIX, LLC, LABOTIX, INC., VAN BUREN
PHARMACEUTICALS, LLC, CONSOLIDATED
LABORATORY MANAGEMENT SYSTEMS, LLC,
AQM HOLDINGS, LLC JOHN DOES 1-19, and
JANE DOES 1-20.

    Defendants.
                                                 /

## ORDER SETTING ASIDE CLERK'S ENTRY OF DEFAULT

THIS MATTER having come before the Court upon Stipulation to Set Aside Clerk's Entry of Default, and the Court having been fully advised in the premises;

IT IS HEREBY ORDERED that the Clerk's Entry of Default of October 2, 2017 is set aside as to the stipulating Defendants.

IT IS FURTHER ORDERED that the Defendants, Hussein Huraibi, Noura Huraibi, Sameerah Huraibi Cortez, NA World Holdings, LLC, Huraibi Enterprises II, LLC, Huraibi Pain & Rehab Institute, PLLC, Huraibi Rehab Institute, PLLC, Hussein A. Huraibi, M.D., PLLC, Anesthesia Consultants of Michigan, PLLC, and Ketamine Infusion Centers of Michigan, PLLC shall have until and through November 16, 2017 to answer or otherwise respond to the Plaintiff's First Amended Complaint.

**EXHIBIT A**