UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In Re:

Integrated Health Group, P.C.
        Debtor

Case No. 15-53145-mlo
Chapter 7
Judge Maria Oxholm

Basil T. Simon, Trustee for Chapter 7 Debtor Integrated Health Group, P.C., Integrated Health Care Systems, LLC, Integrated HCS Practice Management, LLC., Integrated HCS Imaging Services Management, LLC,

        Plaintiffs,

v.

Adv. Proceeding No. 17-04596-mlo

Hussein Huraibi, Noura Huraibi, et al

        Defendants.

**Order Denying Ex Parte Motion For Order Adjourning Hearing On Motion Dismissing Integrated Health Care Systems, LLC, Integrated HCS Practice Management, LLC, And Integrated HCS Imaging Services Management, LLC AS PLAINTIFFS**

This matter comes before the Court upon the Plaintiff's Ex Parte Motion For Order Adjourning Hearing On Motion Dismissing Integrated Health Care Systems, LLC, Integrated HCS Practice Management, LLC, And Integrated HCS Imaging Services Management, LLC As Plaintiffs, scheduled for June 7, 2018 at 2:00 p.m. Upon review, the Court finds that there is a lack of good cause shown. Accordingly, the ex parte motion is **denied.**

**Signed on June 06, 2018**



/s/ Maria L. Oxholm
Maria L. Oxholm
United States Bankruptcy Judge